```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MARLON COBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone:  (559) 497-4000
 5
 6
 7
                IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                      EASTERN DISTRICT OF CALIFORNIA
 9
10
    UNITED STATES OF AMERICA,         ) 1:08-cr-00248 LJO
11                                    )
                   Plaintiff,         )
12                                    )
         v.                           ) ORDER
13                                    )
                                      )
14  LEONARDO PARRA-TOPETE,            )
                                      )
15                 Defendant.         )
    _____)
16
```

17     Having read and considered the parties' stipulation to
18 continue the current status conference date of September 5, 2008,
19 at 9:00 a.m. to September 12, 2008, at 9:00 a.m. in this matter,
20     IT IS THE ORDER OF THE COURT THAT, the current status
21 conference date is hereby continued to September 12, 2008, at
22 9:00 a.m.
23     IT IS FURTHER ORDERED THAT, time be excluded to and through
24 September 12, 2008 in order to (1) permit the government and
25 defense counsel to engage in further plea disposition
26 negotiations; and (2) for the defense to adequately prepare for
27 the hearing in this case following the government's current plea
28 offer, in that the ends of justice served by a continuance

1  "outweigh the best interests of the public and the defendant in a
2  speedy trial."  See 18 U.S.C. § 3161(h)(8).
3  Good Cause exists for the requested one-week continuance.
4
5  IT IS SO ORDERED.
6  **Dated:  September 4, 2008**           /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE