```
McGREGOR W. SCOTT
United States Attorney
MARLON COBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:08-cr-00248 LJO |
| Plaintiff, | ) |
| v. | ) ORDER |
| LEONARDO PARRA-TOPETE, | ) |
| Defendant. | ) |

Having read and considered the parties' stipulation to continue the current status conference date of October 10, 2008, at 9:00 a.m. to November 7, 2008, at 9:00 a.m. in this matter,

IT IS THE ORDER OF THE COURT THAT, the current status conference date is hereby continued to November 7, 2008, at 9:00 a.m.

IT IS FURTHER ORDERED THAT, time be excluded to and through November 7, 2008 in order to (1) permit the government and defense counsel to engage in further case disposition negotiations given factual issues which have arisen in regards to the defendant's possible juvenile status; and (2) permit the government and defense counsel to conduct further investigation

1 in regards to the defendant's age including, but not limited to,
2 obtaining certified documents from Mexican Consular officials, in
3 that the ends of justice served by a continuance "outweigh the
4 best interests of the public and the defendant in a speedy
5 trial."  <u>See</u> 18 U.S.C. § 3161(h)(8).
6 IT IS SO ORDERED.

**Dated:   October 8, 2008**           /s/ Lawrence J. O'Neill
                                 UNITED STATES DISTRICT JUDGE