```
 1 | LAWRENCE G. BROWN
   | Acting United States Attorney
 2 | MARLON COBAR
   | Assistant U.S. Attorney
 3 | 4401 Federal Courthouse
   | 2500 Tulare Street
 4 | Fresno, California 93721
 5 | Telephone: (559) 497-4000
```



FILED

JAN 1 3 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:08-CR-00248 LJO |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] ORDER FOR DISMISSAL |
| v. | ) | OF INDICTMENT WITHOUT |
| | ) | PREJUDICE |
| LEONARDO PARRA-TOPETE, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein be dismissed against defendant LEONARDO PARRA-TOPETE without prejudice and in the interest of justice.

DATED: Jan 13, 2009

_____
HONORABLE LAWRENCE J. O'NEILL
U.S. District Court Judge